IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA D. PEÑALBERT-ROSA, her spouse, SIRILO CORREA-ROSARIO, and the conjugal partnership comprised by them<br><br>Plaintiffs<br><br>vs<br><br>LUIS FORTUÑO-BURSET, in his personal capacity and as Governor of the Commonwealth of Puerto Rico; LUCE VELA, in her individual capacity, and the conjugal partnership formed by them;<br>VELMARIE BERLINGERIE-MARIN, in her individual and official capacity as Administrator of the Governor's Mansion, and her husband Juan Doe, and the conjugal partnership formed by them;<br>JUAN CARLOS BLANCO, in his individual and official capacity as Chief of Staff, and Juanita Doe, and the conjugal partnership formed by them<br><br>Defendants | CIVIL 09-1356CCC |

# O R D E R

The formal mandate of the Court of Appeals was entered on April 15, 2011 (docket entry 55). The appellate court having remanded this case in which the complaint against all named defendants has been dismissed "to give Peñalbert a reasonable opportunity to move to amend the complaint to seek relief against a 'John Doe' defendant," plaintiff shall proceed accordingly within the term of twenty (20) days after notice of this Order.

SO ORDERED.

At San Juan, Puerto Rico, on May 10, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge