# INVOICE

**Crespo & Rodríguez, Inc.**
*Taquígrafos de Récord*

PO Box 29002 San Juan, Puerto Rico 00929-0002
Tel. (787) 706-5930, Fax: (787) 706-8217

| DATE | INVOICE NO. |
|---|---|
| 10/27/2011 | 19891 |

**BILL TO:**

Landrón & Vera
Centro Internacional de Mercadeo
Torre I, Ofic. 203
Guaynabo, PR 00962
Lcdo. Luis A. Rodríguez Muñoz

Att.: Myrsa Martínez
Tel. 787-774-5959
Fax 787-774-8181
ID Tax No.: 66-0233333

C.O.D.   L12-462   BK#397-11

| DESCRIPTION | AMOUNT |
|---|---|
| Case: María Peñalbert Rosa vs. Fortuño Bursette, et al<br>Civil No.: 09-1356  Depositio and Celia Pérez<br>(Nonappearance Act) | |
| Date of service: 10-27-11 | |
| Services rendered in connection with the subject case: | |
|    Appearance Fee: | 75.00 |
|    Transcription: Original (And 1 copy) - 3 pages x $4.75 | 14.25 |
|    Exhibits: 10 x $0.15 | 1.50 |
| Delivery service: | 10.00 |
| Court Reporter: Michelle Acevedo | |
| Email: crespoyrodriguez@hotmail.com | |
| $25 FEE FOR CHECKS WITH INSUFFICIENT FUNDS. | |

We appreciate your prompt payment.

**TOTAL** $100.75



# INVOICE

**Crespo & Rodríguez, Inc.**
*Taquígrafos de Récord*

PO Box 29002 San Juan, Puerto Rico 00929-0002
Tel. (787) 706-5930, Fax: (787) 706-8217

| DATE | INVOICE NO. |
|---|---|
| 10/27/2011 | 19892 |

**BILL TO:**
Landrón & Vera
Centro Internacional de Mercadeo
Torre I, Ofic. 203
Guaynabo, PR 00962
Lcdo. Luis A. Rodríguez Muñoz

Att.: Myrsa Martínez
Tel. 787-774-5959
Fax 787-774-8181
ID Tax No.: 66-0233333

C.O.D.     L12-462

| DESCRIPTION | AMOUNT |
|---|---|
| Case: María Peñalbert Rosa vs. Fortuño Bursette, et al<br>    Civil No.: 09-1356  Deposition of Carlos Portalatín and Celia Pérez<br>    (Nonappearance Act)<br><br>Date of service: 10-27-11<br><br>Services rendered in connection with the subject case:<br><br>    Interpreter: 2 hours x $115.00 (2 hours minimum) | <br><br><br><br><br><br><br>260.00 |
| Court Reporter: Michelle Acevedo | |
| $25 FEE FOR CHECKS WITH INSUFFICIENT FUNDS. | |

We appreciate your prompt payment.

**TOTAL**     **$260.00**